**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6942

TRAVIS JAMES,

Plaintiff - Appellant,

versus

CARLTON THOMPSON, Major; HOWARD JOHNSON,
Sargeant; JAMES SMITH, Warden of Institution;
CAPTAIN WASHINGTON,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:06-cv-02804-RDB)

Submitted:  January 17, 2008      Decided:  January 23, 2008

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Travis James, Appellant Pro Se.  Rex Schultz Gordon, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis James appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>James v. Thompson</u>, No. 1:06-cv-02804-RDB (D. Md. May 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>